UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| WILLIAM PIZZUTO, BARRY BRUCE, and KEITH ARMSTRONG individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC. and THE BENEFITS ADMINISTRATION COMMITTEE OF THE J.C. PENNEY COMPANY, INC. SAVINGS, PROFIT-SHARING AND STOCK OWNERSHIP PLAN,<br><br>Defendants. | C.A. NO. 303-CV-0912 WWE<br><br>FILED 2004 JAN 20 P 1:28<br>US DISTRICT COURT<br>BRIDGEPORT CT |

## STIPULATED PROTECTIVE ORDER

It is understood by the plaintiffs and defendants that in the course of discovery plaintiffs and/or defendants may produce confidential and non-public documents which contain confidential business and/or personal information, including but not limited to personnel/salary information and social security numbers, and that the public disclosure of such information could be detrimental to plaintiffs' and/or defendant's interests. Similarly, such confidential information may be disclosed by written discovery, testimony or in other filings. For these reasons:

IT IS HEREBY STIPULATED by the undersigned counsel that the following protective order pertaining to confidential information is approved as to the form and content and may be entered as an Order of the Court.

1. The following definitions shall apply to this Order.

Page 1

STIPULATED PROTECTIVE ORDER