*Held 4-1-04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 1, 2004

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03-cv-912 (WWE)**   **Pizzuto v. JC Penney Corp.**

Craig Thomas Dickinson
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Celeste d. Flippen
J.C. Penny Company, Inc.
Legal Dept. Bldg. A-1,
6501 Legacy Drive (MS 1122)
Room 133
Plano, TX 75024-3698

Peter A. Janus
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK