UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -2  A 10: 51

| | |
|---|---|
| WILLIAM PIZZUTO, BARRY BRUCE, and KEITH ARMSTRONG individually and on behalf of other similarly situated individuals,<br>                Plaintiffs<br><br>v.<br><br>J. C. PENNEY CORPORATION, INC. and THE BENEFITS ADMINISTRATION COMMITTEE OF THE J. C. PENNEY COMPANY, INC. SAVINGS, PROFIT-SHARING AND STOCK OWNERSHIP PLAN,<br>                Defendants | :<br>:<br>:  CIVIL ACTION NO.<br>:<br>:  3:03 CV 912 (WWE)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  April 2, 2004 |

## ORDER RE PRELIMINARY APPROVAL OF STIUPULATION OF SETTLEMENT AND APPROVAL OF NOTICE

The Court has reviewed the parties' Joint Motion for Preliminary Approval of Stipulation of Settlement and Approval of Notice (doc. 13) (the "Joint Motion") and hereby grants the same. In order to implement the order granting the Joint Motion:

1. The Court hereby certifies a class pursuant to Federal Rule of Civil Procedure 23(b)(3), consisting of:

> All current and former employees of Defendant J. C. Penney who were paid on an hourly basis and who worked in Defendant J. C. Penney's Manchester, Connecticut Catalog Distribution Center during the last six years and who were subject to the State of Connecticut Department of Labor Regulation regarding Minimum Fair Wage Rates for Person Employed in Mercantile Trade and/or to the programs and procedures set forth in the Defendant's Associate Handbook and who reported to work on a part-time basis on at least one occasion and who J.C. Penney's ATA records show did not work a minimum of four hours on said occasion and who were not compensated for a minimum of four hours of pay at their regular rate in accordance with the State of Connecticut Department of Labor regulation and/or Defendant's Associate Handbook.

2.      The court hereby authorizes the Defendant J.C. Penney Corporation, Inc. to send Notice of the proposed settlement to the plaintiffs in this case (excluding the class representatives William Pizzuto, Barry Bruce, and Keith Armstrong), by no later than May 14, 2004. The notice shall be in substantially the form of the proposed Notice attached to the Joint Motion, which the court approves because it advises the plaintiffs of the settlement and gives them the opportunity to (a) ask questions of the plaintiffs' counsel regarding the settlement and (b) file, within thirty days of the mailing date, any objections they may have with the court in writing.

3.      Within seven days of the conclusion of the notice period, counsel of record are directed to contact chambers of the undersigned for the purpose of scheduling a telephone conference with the undersigned.

It is so ordered.

Dated this 2nd day of April, 2004 at Hartford, Connecticut.

_____
Warren W. Eginton
Senior    United States District Judge

2