#16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 16 P 3:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| WILLIAM PIZZUTO, BARRY BRUCE, and KEITH ARMSTRONG individually and on behalf of other similarly situated individuals,<br>                Plaintiffs<br><br>v.<br><br>J. C. PENNEY CORPORATION, INC. and THE BENEFITS ADMINISTRATION COMMITTEE OF THE J. C. PENNEY COMPANY, INC. SAVINGS, PROFIT-SHARING AND STOCK OWNERSHIP PLAN,<br>                Defendants | CIVIL ACTION NO.<br><br>3:03 CV 912 (WWE)<br><br><br><br>JUNE 16, 2004 |

**JOINT MOTION FOR
FINAL APPROVAL OF STIPULATION OF SETTLEMENT**

Plaintiffs William Pizzuto, Barry Bruce, and Keith Armstrong ("the Named Plaintiffs") and Defendants J. C. Penney Corporation, Inc. and The Benefits Administration Committee of the J. C. Penney Company, Inc. Savings, Profit-Sharing and Stock Ownership Plan, (collectively "J. C. Penney") hereby jointly request that the Court grant final approval of the Stipulation of Settlement agreed to by the Named Plaintiffs (as representative of all plaintiffs in this action brought as a class action) and J. C. Penney (collectively "the Parties") in this action.

**ORAL ARGUMENT NOT REQUESTED; TESTIMONY NOT REQUIRED**

Stipulation is APPROVED and SO ORDERED. The clerk is instructed to close this case.
WARREN W. EGINTON, SENIOR USDJ 6/18/04

FILED 2004 JUN 18 A 10:49 U.S. DISTRICT COURT BRIDGEPORT, CONN